# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| No. 15-1323 | September Term, 2015 |
| | FERC-RP12-806-000<br>FERC-RP08-426-000<br>FERC-RP08-426-017 |
| | Filed On: January 27, 2016 [1595563] |

El Paso Natural Gas Company, L.L.C.,

    Petitioner

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

El Paso Municipal Customer Group, et al.,
    Intervenors

## O R D E R

Upon consideration of respondent's consent motion for a schedule setting a sixty-day briefing period for respondent, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Petitioner's Brief | March 7, 2016 |
| Intervenor for Petitioner's Brief | March 14, 2016 |
| Respondent's Brief | May 6, 2016 |
| Intervenor for Respondent's Brief | May 13, 2016 |
| Intervenor for Petitioner's Reply Brief | May 27, 2016 |
| Petitioner's Reply Brief | May 27, 2016 |
| Deferred Appendix | June 3, 2016 |
| Final Briefs | June 17, 2016 |

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                BY:    /s/
                          Michael C. McGrail
                          Deputy Clerk